IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; DR. HOSOHAM; J. GONNELLA; HELEN THORNTON,<br><br>　　　　Defendants. | No. C 16-2546 WHA (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME** |

Good cause appearing, plaintiff's motion for an extension of time in which to file a completed application to proceed in forma pauperis or to pay the filing fee is **GRANTED** to and including **August 15, 2016**.  Failure to do so will result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated: July __15__, 2016.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California